IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RANDALL REDDEN,

        Plaintiff,

v.                           CIVIL ACTION NO. 2:17-cv-01840

COUNTY COMMISSION OF
FAYETTE COUNTY, WEST VIRGINIA,

        Defendant.

**ORDER OF DISMISSAL**

Pending before the Court is the parties' Joint Motion for Voluntary Dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 27.) The joint motion is hereby **GRANTED**. Accordingly, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                    ENTER:      March 7, 2018

                                    THOMAS E. JOHNSTON, CHIEF JUDGE